IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

WILLIAM RICHARD HULKENBERG, SR., et al.,

    Plaintiffs,

    v.

ANABAPTIST HEALTHSHARE, et al.,

    Defendants.

Civil Action No. 3:19-cv-00031-GEC

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants OneShare International,[1] OneShare Health, LLC,[2] Alex Cardona, and Tyler Hochstetler, Esq. ("Defendants"), by and through their counsel and pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move for an Order dismissing Plaintiffs' Complaint for failure to state a claim upon which relief may be granted. In support of its Motion, Defendants respectfully refer to, and incorporates herein by reference, their Memorandum of Law in Support of Motion to Dismiss ("Memorandum"), filed simultaneously herewith. For the reasons stated in their Memorandum, Defendants respectfully request that the Court enter an Order dismissing Plaintiffs' Complaint in its entirety with prejudice and granting such further relief in their favor as the Court deems appropriate.

---

[1] OneShare International was formerly known as Anabaptist Healthshare and Kingdom Healthshare International.
[2] OneShare Health, LLC was formerly known as Unity Healthshare, LLC and Kingdom Healthshare Ministries, LLC.

Respectfully submitted,

ONESHARE INTERNATIONAL, ONESHARE HEALTH, LLC, ALEX CARDONA, and TYLER HOCHSTETLER, ESQ.

By Counsel


s/ Marc A. Peritz
Marc A. Peritz, Esq. (VSB No. 39054)
Rachel D.G. Horvath, Esq. (VSB No. 80487)
Attorneys for Defendants
Morin & Barkley LLP
455 Second Street, S.E., Suite 200
Charlottesville, Virginia 22902
Telephone: (434) 293-1200
Fax: (434) 293-2135
E-mail: maperitz@morinandbarkley.com
E-mail: rhorvath@morinandbarkley.com


Kyle G.A. Wallace (*pro hac vice* application forthcoming)
Georgia Bar No. 734167
Gavin Reinke (*pro hac vice* application forthcoming)
Georgia Bar No. 159424
Alan F. Pryor (*pro hac vice* application forthcoming)
Georgia Bar No. 101888
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Richard C. Armstrong
Allen & Allen
2100 Rio Hill Center
Charlottesville, VA 22901
434-284-4287
Fax: 800-768-2222
Email: richard.armstrong@allenandallen.com

Thomas J. Connick
Connick Law
25550 Chagrin Blvd., Suite 101
Beachwood, OH 44122
216-364-0512
Email: tconnick@connicklawllc.com

*Counsel for Plaintiffs*

                                              s/ Marc A. Peritz
Marc A. Peritz, Esq. (VSB No. 39054)
Attorneys for Defendants
Morin & Barkley LLP
455 Second Street, S.E., Suite 200
Charlottesville, Virginia 22902
Telephone: (434) 293-1200
Fax: (434) 293-2135
E-mail: maperitz@morinandbarkley.com

s:\office\hulkenberg\mtd\motion to dismiss.motion.doc