# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Hulkenberg, et al.
_____
Plaintiff(s)

V.                                          Civil Action No.: 3:19-cv-00031

Anabaptist Healthshare, et al.
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Anabaptist Healthshare n/k/a OneShare International   who is   Defendant
(Name of party you represent)                                  (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes     ☒ No    OneShare International is a Virginia non-profit corporation exempt from federal taxation under Section 501(c)(3) of the Internal Revenue Code.

2. Does the party have any parent corporations?
   ☐ Yes     ☒ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:


3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes     ☒ No

   If yes, identify all such owners:


4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes     ☒ No

   If yes, identify all such owners:


5. Is the party a trade association?
   ☐ Yes     ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:


_____          7/8/19
(Signature)                             (Date)